B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Snell, Winston D.** | Name of Joint Debtor (Spouse)  (Last, First, Middle):<br>**Snell, Jennifer L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Victoria Connection; dba Rockamajola; fdba Embroid-Wear Design Studio** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-3519** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-2243** |
| Street Address of Debtor (No. and Street, City, and State):<br>**204 Bristol Court**<br>**Victoria, TX**    ZIP CODE **77904** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**204 Bristol Court**<br>**Victoria, TX**    ZIP CODE **77904** |
| County of Residence or of the Principal Place of Business:<br>**Victoria** | County of Residence or of the Principal Place of Business:<br>**Victoria** |
| Mailing Address of Debtor (if different from street address):<br>**204 Bristol Court**<br>**Victoria, TX**    ZIP CODE **77904** | Mailing Address of Joint Debtor (if different from street address):<br>**204 Bristol Court**<br>**Victoria, TX**    ZIP CODE **77904** |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee**   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                                                       **Page 2**

| **Voluntary Petition** | Name of Debtor(s): **Winston D. Snell** |
|---|---|
| *(This page must be completed and filed in every case.)* | **Jennifer L. Snell** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Pamela L. Stewart                                    10/12/2010<br>**Pamela L. Stewart**                                         Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10) <span style="float:right">Page 3</span>

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Winston D. Snell**
**Jennifer L. Snell**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Winston D. Snell
 **Winston D. Snell**

**X**  /s/ Jennifer L. Snell
 **Jennifer L. Snell**

Telephone Number (If not represented by attorney)

**10/12/2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

**X**  /s/ Pamela L. Stewart
 **Pamela L. Stewart**          Bar No. **19218100**

**Law Offices of Pamela L. Stewart**
**4635 Southwest Freeway**
**Suite 610**
**Houston Texas  77027**

Phone No. **(713) 622-3893**      Fax No. **(713) 622-7908**

**10/12/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **Winston D. Snell**                                        Case No. _____
       **Jennifer L. Snell**                                                (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 204 Bristol Court, Victoria, TX 77904 CASTLE HILL III LOT 3 BLOCK 10 | Fee Simple | C | $152,660.00 | $124,663.00 |
| | | Total: | **$152,660.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Winston D. Snell**  
      **Jennifer L. Snell**

Case No. _____
                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $360.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | TDECU checking 1384 | C | $300.00 |
| | | TDECU savings 1384 | C | $1,200.00 |
| | | IBC business checking 8712 | C | $7.42 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 2 sofas | C | $200.00 |
| | | 2 love seats | C | $100.00 |
| | | coffee table | C | $50.00 |
| | | 2 end tables | C | $100.00 |
| | | 2 bookcases | C | $70.00 |
| | | 2 desk | C | $150.00 |
| | | curio cabinet | C | $50.00 |
| | | 6 lamps | C | $60.00 |
| | | entertainment center | C | $75.00 |
| | | 4 color tv's | C | $215.00 |
| | | 2 dvd players | C | $20.00 |
| | | camcorder | C | $30.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Winston D. Snell**                                    Case No. _____
     **Jennifer L. Snell**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | stereo | C | $20.00 |
| | | cd player | C | $5.00 |
| | | 2 speakers | C | $20.00 |
| | | misc. video games and hardware | C | $150.00 |
| | | misc. cd's/dvd's | C | $70.00 |
| | | fax machine | C | $15.00 |
| | | 2 computers | C | $100.00 |
| | | computer hutch/table | C | $50.00 |
| | | file cabinet | C | $10.00 |
| | | calculator | C | $2.00 |
| | | 3 telephones | C | $15.00 |
| | | 3 cell phones | C | $30.00 |
| | | king bed | C | $100.00 |
| | | queen bed | C | $100.00 |
| | | full bed | C | $50.00 |
| | | day bed | C | $50.00 |
| | | 4 dressers | C | $200.00 |
| | | armoire | C | $75.00 |
| | | 2 wall clocks | C | $5.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Winston D. Snell**                                    Case No. _____
       **Jennifer L. Snell**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | washer | C | $75.00 |
| | | dryer | C | $75.00 |
| | | 2 refrigerators | C | $350.00 |
| | | 2 freezers | C | $350.00 |
| | | microwave | C | $10.00 |
| | | 2 vacuums | C | $10.00 |
| | | carpet shampoo machine | C | $2.00 |
| | | misc. small appliances | C | $15.00 |
| | | dining table | C | $150.00 |
| | | breakfast table | C | $30.00 |
| | | misc. pots and pans | C | $80.00 |
| | | misc. towels and linens | C | $200.00 |
| | | lawnmower | C | $100.00 |
| | | weedeater | C | $20.00 |
| | | edger | C | $10.00 |
| | | leafblower | C | $10.00 |
| | | electric hedge trimmer | C | $10.00 |
| | | circular saw | C | $10.00 |
| | | drill | C | $10.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Winston D. Snell**                                    Case No. _____
     **Jennifer L. Snell**                                                 (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | table saw | C | $100.00 |
| | | misc. hand tools | C | $75.00 |
| | | misc. holiday decorations | C | $10.00 |
| | | misc. candles/holders | C | $5.00 |
| | | bathroom scale | C | $2.00 |
| | | 2 ionizers | C | $20.00 |
| | | magazine rack | C | $5.00 |
| | | 2 ice chest | C | $10.00 |
| | | luggage set | C | $20.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | statue | C | $50.00 |
| | | wall hanging | C | $25.00 |
| | | 2 prints | C | $100.00 |
| 6. Wearing apparel. | | Mens clothing consisting of: suits, shirts, jeans, trousers, underclothes, coats, belts, socks, and shoes. | C | $300.00 |
| | | womens clothing consisting of: suits, shirts, dresses, pants, lingerie, underclothes, coats, socks, and shoes. | C | $200.00 |
| | | Childrens clothing | C | $300.00 |
| 7. Furs and jewelry. | | 2 wedding rings | C | $200.00 |
| | | misc. chains and necklaces | C | $25.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Winston D. Snell**                                                    Case No. _____
       **Jennifer L. Snell**                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | misc. earrings | C | $40.00 |
| | | 2 watches | C | $20.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Electric keyboard | C | $300.00 |
| | | digital camera | C | $30.00 |
| | | navigation system | C | $50.00 |
| | | 4 rods/reels | C | $40.00 |
| | | misc. fishing tackle | C | $10.00 |
| | | tent | C | $10.00 |
| | | gas cooking grill | C | $50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Winston D. Snell**                                   Case No. _____
       **Jennifer L. Snell**                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | 401k Saga Communications, INC.  Savings & Investment plan | C | $7,845.99 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Rocamajola (Jewelry making & design) | C | $1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Winston D. Snell**                              Case No. _____
       **Jennifer L. Snell**                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chrysler Pacifica | C | $12,000.00 |
| | | 2007 Nissan Frontier | C | $12,500.00 |
| | | 1996 Chevrolet Lumina | C | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Winston D. Snell**
        **Jennifer L. Snell**

Case No. _____
                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Kiln | C | $200.00 |
| 30. Inventory. | | Misc. jewelry, glass, beads, and stones | C | $800.00 |
| 31. Animals. | | 5 dogs | C | $250.00 |
| | | cat | C | $25.00 |
| | | 1 bird | C | $10.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____7_____ continuation sheets attached          **Total  >** | **$42,699.41**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Winston D. Snell**          Case No. _____
       **Jennifer L. Snell**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 204 Bristol Court, Victoria, TX 77904 CASTLE HILL III LOT 3 BLOCK 10 | 11 U.S.C. § 522(d)(1) | $27,997.00 | $152,660.00 |
| Cash | 11 U.S.C. § 522(d)(5) | $360.00 | $360.00 |
| TDECU checking 1384 | 11 U.S.C. § 522(d)(5) | $300.00 | $300.00 |
| TDECU savings 1384 | 11 U.S.C. § 522(d)(5) | $1,200.00 | $1,200.00 |
| IBC business checking 8712 | 11 U.S.C. § 522(d)(5) | $7.42 | $7.42 |
| 2 sofas | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| 2 love seats | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| coffee table | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 end tables | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| 2 bookcases | 11 U.S.C. § 522(d)(3) | $70.00 | $70.00 |
| 2 desk | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| curio cabinet | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 6 lamps | 11 U.S.C. § 522(d)(3) | $60.00 | $60.00 |
| entertainment center | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 4 color tv's | 11 U.S.C. § 522(d)(3) | $215.00 | $215.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$30,934.42** | **$155,597.42** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Winston D. Snell**          Case No.  _____
       **Jennifer L. Snell**                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 dvd players | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| camcorder | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| stereo | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| cd player | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 2 speakers | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| misc. video games and hardware | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| misc. cd's/dvd's | 11 U.S.C. § 522(d)(3) | $70.00 | $70.00 |
| fax machine | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| 2 computers | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| computer hutch/table | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| file cabinet | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| calculator | 11 U.S.C. § 522(d)(3) | $2.00 | $2.00 |
| 3 telephones | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| 3 cell phones | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| king bed | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| queen bed | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| full bed | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| day bed | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 4 dressers | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| | | **$31,971.42** | **$156,634.42** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Winston D. Snell**                                    Case No. _____
     **Jennifer L. Snell**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| armoire | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 2 wall clocks | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| washer | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| dryer | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| 2 refrigerators | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| 2 freezers | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| microwave | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| 2 vacuums | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| carpet shampoo machine | 11 U.S.C. § 522(d)(3) | $2.00 | $2.00 |
| misc. small appliances | 11 U.S.C. § 522(d)(3) | $15.00 | $15.00 |
| dining table | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| breakfast table | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| misc. pots and pans | 11 U.S.C. § 522(d)(3) | $80.00 | $80.00 |
| misc. towels and linens | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| lawnmower | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| weedeater | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| edger | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| leafblower | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| electric hedge trimmer | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| | | **$33,548.42** | **$158,211.42** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Winston D. Snell**                                            Case No. _____
      **Jennifer L. Snell**                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| circular saw | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| drill | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| table saw | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| misc. hand tools | 11 U.S.C. § 522(d)(3) | $75.00 | $75.00 |
| misc. holiday decorations | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| misc. candles/holders | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| bathroom scale | 11 U.S.C. § 522(d)(3) | $2.00 | $2.00 |
| 2 ionizers | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| magazine rack | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| 2 ice chest | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| luggage set | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| statue | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| wall hanging | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 2 prints | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Mens clothing consisting of: suits, shirts, jeans, trousers, underclothes, coats, belts, socks, and shoes. | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| womens clothing consisting of: suits, shirts, dresses, pants, lingerie, underclothes, coats, socks, and shoes. | 11 U.S.C. § 522(d)(3) | $200.00 | $200.00 |
| Childrens clothing | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| | | **$34,790.42** | **$159,453.42** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Winston D. Snell**                                    Case No. _____
       **Jennifer L. Snell**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2 wedding rings | 11 U.S.C. § 522(d)(4) | $200.00 | $200.00 |
| misc. chains and necklaces | 11 U.S.C. § 522(d)(4) | $25.00 | $25.00 |
| misc. earrings | 11 U.S.C. § 522(d)(4) | $40.00 | $40.00 |
| 2 watches | 11 U.S.C. § 522(d)(4) | $20.00 | $20.00 |
| Electric keyboard | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| digital camera | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| navigation system | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 4 rods/reels | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| misc. fishing tackle | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| tent | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| gas cooking grill | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 401k Saga Communications, INC.  Savings & Investment plan | 11 U.S.C. § 522(d)(12) | $7,845.99 | $7,845.99 |
| Rocamajola (Jewelry making & design) | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| 2008 Chrysler Pacifica | 11 U.S.C. § 522(d)(2) | $0.00 | $12,000.00 |
| 2007 Nissan Frontier | 11 U.S.C. § 522(d)(2) | $3,450.00 | $12,500.00 |
| | 11 U.S.C. § 522(d)(5) | $9,050.00 | |
| 1996 Chevrolet Lumina | 11 U.S.C. § 522(d)(2) | $500.00 | $500.00 |
| Kiln | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| Misc. jewelry, glass, beads, and stones | 11 U.S.C. § 522(d)(5) | $800.00 | $800.00 |
| | | **$58,411.41** | **$195,074.41** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Winston D. Snell**                                    Case No. _____
       **Jennifer L. Snell**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 5 dogs | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| cat | 11 U.S.C. § 522(d)(3) | $25.00 | $25.00 |
| 1 bird | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| | | **$58,696.41** | **$195,359.41** |

B6D (Official Form 6D) (12/07)

In re  **Winston D. Snell**                                      Case No. _____
        **Jennifer L. Snell**                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx0001 <br><br> **Nissan Motor Acceptanc** <br> **Po Box 660360** <br> **Dallas, TX 75266** | | C | DATE INCURRED: **05/2008** <br> NATURE OF LIEN: <br> **Automobile** <br> COLLATERAL: <br> **2007 Nissan Frontier** <br> REMARKS: <br><br> VALUE: **$13,000.00** | | | | **$14,558.00** | **$1,558.00** |
| ACCT #: xxxxx9888 <br><br> **Specialized Loan Servi** <br> **8742 Lucent Blvd** <br> **Highlands Ranch, CO 80129** | | C | DATE INCURRED: **02/2007** <br> NATURE OF LIEN: <br> **Real Estate Mortgage without Other Collateral** <br> COLLATERAL: <br> **House and lot** <br> REMARKS: <br> **2nd mortgage** <br><br> VALUE: **$152,660.00** | | | | **$14,194.00** | |
| ACCT #: xxxxx8401 <br><br> **Texas Dow Employees Cu** <br> **1001 F M 2004** <br> **Lake Jackson, TX 77566** | | C | DATE INCURRED: **01/2008** <br> NATURE OF LIEN: <br> **Automobile** <br> COLLATERAL: <br> **2008 Chrysler Pacifica** <br> REMARKS: <br><br> VALUE: **$12,000.00** | | | | **$21,562.00** | **$9,562.00** |
| ACCT #: xxxxxxxx8223 <br><br> **Wells Fargo Hm Mortgag** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | C | DATE INCURRED: **02/2007** <br> NATURE OF LIEN: <br> **Conventional Real Estate Mortgage** <br> COLLATERAL: <br> **House and Lot** <br> REMARKS: <br><br> VALUE: **$152,660.00** | | | | **$110,469.00** | |

|  |  |
|---|---|
| Subtotal (Total of this Page) > | **$160,783.00** | **$11,120.00** |
| Total (Use only on last page) > | **$160,783.00** | **$11,120.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____continuation sheets attached

B6E (Official Form 6E) (04/10)

In re  **Winston D. Snell**                                    Case No. _____
       **Jennifer L. Snell**                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Winston D. Snell**                                    Case No. _____
         **Jennifer L. Snell**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxxxx9A18**<br>**American Medical Collection Agency**<br>**2269 South Saw Mill River Road, BLDG 3**<br>**Elmsford, NY  10523** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Clinical Pathology Laboratories**<br>REMARKS: | | | X | **$66.83** |
| **Representing:**<br>**American Medical Collection Agency** | | | **Clinical Pathology Laboratories, Inc.**<br>**PO Box 141669**<br>**Austin, TX 78714-1669** | | | | **Notice Only** |
| ACCT #:  **xxx xxxxxx0A18**<br>**American Medical Collection Agency**<br>**2269 South Saw Mill River Road, BLDG 3**<br>**Elmsford, NY  10523** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Clinical Pathology Laboratories**<br>REMARKS: | | | X | **$30.16** |
| **Representing:**<br>**American Medical Collection Agency** | | | **Clinical Pathology Laboratories, Inc.**<br>**PO Box 141669**<br>**Austin, TX 78714-1669** | | | | **Notice Only** |
| ACCT #:  **xxxx3139**<br>**Associated Recovery Systems**<br>**A Division of ARS National Services, INC**<br>**PO Box 469046**<br>**Escondido, CA  92046-9046** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase bank**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxxx4502**<br>**Cach Llc**<br>**Attention:  Bankruptcy Department**<br>**4340 South Monaco St.  2nd Floor**<br>**Denver, CO 80237** | | C | DATE INCURRED:  **12/2009**<br>CONSIDERATION:<br>**Collecting for -WELLS FARGO BANK NA**<br>REMARKS: | | | X | **$13,496.00** |

                                                                                            Subtotal >      **$13,592.99**

_____**9**_____continuation sheets attached                    **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winston D. Snell**                                    Case No. _____
        **Jennifer L. Snell**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Cach Llc** | | | **CCB Credit Services 5300 S 6th Street Springfield, IL 62703-5184** | | | | **Notice Only** |
| **Representing: Cach Llc** | | | **FMA Alliance, Ltd. 11811 North Freeway # 900 Houston, TX 77060** | | | | **Notice Only** |
| **Representing: Cach Llc** | | | **Law Office of Joe Pezzuto, LLC 6636 Cedar Avenue South, suite 330 Minneapolis, MN 55423** | | | | **Notice Only** |
| **Representing: Cach Llc** | | | **Prestige Alliance LLC** | | | | **Notice Only** |
| **Representing: Cach Llc** | | | **Wells Fargo Bank, N.A. P O BOX 63491 San Francisco, CA 94163** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-6039** **Chase Card Member Service PO Box 15298 Wilmington, DE 19850-528** | C | | DATE INCURRED:  **05/18/2005** CONSIDERATION: **Credit Card** REMARKS: | | | X | **Notice Only** |

Sheet no. ___1___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winston D. Snell**                                          Case No. _____
       **Jennifer L. Snell**                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx3923**<br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | C | DATE INCURRED:  **02/06/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx3456**<br>**Citibank Usa**<br>**Attn.: Centralized  Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | | C | DATE INCURRED:  **07/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS:<br>**Home Depot** | | | X | **$6,507.00** |
| **Representing:**<br>**Citibank Usa** | | | **Northland Group Inc.**<br>**P.O. Box 390846**<br>**Edina, MN 55439** | | | | **Notice Only** |
| ACCT #:  **xxx0750**<br>**Consumer Adjustment Co**<br>**12855 Tesson Ferry Rd**<br>**Saint Louis, MO 63128** | | C | DATE INCURRED:  **05/2010**<br>CONSIDERATION:<br>**Collecting for - CITIZENS MEDICAL CENTER**<br>REMARKS: | | | X | **$459.27** |
| **Representing:**<br>**Consumer Adjustment Co** | | | **Citizens Medical Center**<br>**Payment Processing Center**<br>**PO Box 2024**<br>**Victoria, TX.  77902-2024** | | | | **Notice Only** |
| **Representing:**<br>**Consumer Adjustment Co** | | | **NCO Financial Systems INC**<br>**P.O. Box 15894**<br>**Willimington, DE. 19850** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6,966.27**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winston D. Snell**                                          Case No. _____
       **Jennifer L. Snell**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxxxx5179<br>**Dell Financial Services**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 81577**<br>**Austin, TX 78708** | C | | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | **$2,746.00** |
| **Representing:**<br>**Dell Financial Services** | | | **Associated Recovery Systems**<br>**A Division of ARS National Services, INC**<br>**PO Box 469046**<br>**Escondido, CA  92046-9046** | | | | **Notice Only** |
| ACCT #:  **xxx0148**<br>**Hilco Rec**<br>**Attn: Bankruptcy**<br>**1120 Lake Cook Road Suite B**<br>**Buffalo Grove, IL 60089** | C | | DATE INCURRED:  **12/2008**<br>CONSIDERATION:<br>**Collecting for - CHASE BANK USA  N.A**<br>REMARKS: | | | X | **$4,247.00** |
| **Representing:**<br>**Hilco Rec** | | | **Houston Funding II, LTD**<br>**2620 Fountainview #305**<br>**Houston, TX 77057** | | | | **Notice Only** |
| **Representing:**<br>**Hilco Rec** | | | **The Bourassa Law Group, LLC**<br>**PO Box 28039**<br>**Las Vegas, NV 89126** | | | | **Notice Only** |
| ACCT #:  **xxx5324**<br>**Hilco Rec**<br>**Attn: Bankruptcy**<br>**1120 Lake Cook Road Suite B**<br>**Buffalo Grove, IL 60089** | C | | DATE INCURRED:  **07/2009**<br>CONSIDERATION:<br>**Collecting for -CAPITAL ONE BANK  USA**<br>REMARKS: | | | X | **$1,186.00** |

Sheet no. ____3____ of ____9____ continuation sheets attached to                    **Subtotal >** | **$8,179.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winston D. Snell**                                    Case No. _____
        **Jennifer L. Snell**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: Hilco Rec | | | Capital One Bank P. O. Box 60599 City of Industry, CA.  91716-0599 | | | | **Notice Only** |
| Representing: Hilco Rec | | | Firstsource Advantage, LLC 205 Bryant Woods South Amherst, NY 14228 | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx4430** **HSBC ATTN: BANKRUPTCY PO BOX 5213 Carol Stream, IL 60197** | C | | DATE INCURRED:  **10/2007** CONSIDERATION: **Credit Card** REMARKS: | | | X | **$520.00** |
| Representing: HSBC | | | Financial Recovery Services, Inc. P.O. Box 385908 Minneapolis, MN 55438-5908 | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx7371** **Hsbc Bank ATTN: BANKRUPTCY PO BOX 5213 Carol Stream, IL 60197** | C | | DATE INCURRED:  **09/2002** CONSIDERATION: **Credit Card** REMARKS: | | | X | **$39.00** |
| ACCT #: **I. C. System 444 Highway 96 East Box 64887 St.Paul, MN  55164-0887** | C | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |

Sheet no. ___4___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$559.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winston D. Snell**                               Case No. _____
        **Jennifer L. Snell**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx4579<br>**Lab Corp**<br>**PO Box 2240**<br>**Burlington, NC  27216-2240** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | X | $26.84 |
| ACCT #:  xxxxxxxxx2164<br>**Lowe's**<br>**PO Box 981064**<br>**El Paso, Texas 79998-1064** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $2,126.14 |
| ACCT #:  xxxxxxxxxxx2597<br>**Lvnv Funding Llc**<br>**Po Box 740281**<br>**Houston, TX 77274** | | C | DATE INCURRED:  **11/2008**<br>CONSIDERATION:<br>**Collecting for - GE CAPITAL PAYPAL BUYER CRED**<br>REMARKS: | | | X | $740.00 |
| **Representing:**<br>**Lvnv Funding Llc** | | | **GE Money Bank**<br>**PO Box 981438**<br>**El Paso, Texas 79998-1438** | | | | **Notice Only** |
| **Representing:**<br>**Lvnv Funding Llc** | | | **JC Christensen**<br>**PO Box 519**<br>**Bank Rapids, MN  56379** | | | | **Notice Only** |
| ACCT #:  xxxxxx6774<br>**Midland Credit Management**<br>**PO Box 939019**<br>**San Diego, CA 92193** | | C | DATE INCURRED:  **12/2008**<br>CONSIDERATION:<br>**Collecting for -WAMU/PROVIDIAN**<br>REMARKS: | | | X | $1,788.00 |

Sheet no. ___**5**___ of ___**9**___ continuation sheets attached to                                   Subtotal >   **$4,680.98**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winston D. Snell**                                   Case No.  _____
      **Jennifer L. Snell**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx4318**<br>**Palisad Coll**<br>**Attention:  Banktruptcy Department**<br>**PO Box 1244**<br>**Englewood Cliffs, NJ 07632** | | C | DATE INCURRED:  **03/2009**<br>CONSIDERATION:<br>**Collecting for -GE MONEY BANK**<br>REMARKS: | | | X | $2,795.00 |
| **Representing:**<br>**Palisad Coll** | | | **GE Money Bank**<br>**PO Box 981438**<br>**El Paso, Texas 79998-1438** | | | | **Notice Only** |
| **Representing:**<br>**Palisad Coll** | | | **Law Offices of Regent & Associates**<br>**2650 Fountain View Dr. , Suite 233**<br>**Houston, TX 77057** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx4235**<br>**Portfolio Rc**<br>**Attn: Bankruptcy**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | C | DATE INCURRED:  **04/2009**<br>CONSIDERATION:<br>**Collecting for -HSBC CARD SERVICES  III  INC.**<br>REMARKS: | | | X | $4,070.00 |
| **Representing:**<br>**Portfolio Rc** | | | **Enhanced Recovery Corp.**<br>**PO Box 1967**<br>**Southgate, MI 48195-0967** | | | | **Notice Only** |
| **Representing:**<br>**Portfolio Rc** | | | **HSBC Card Services (Orchard Bank)**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | | | **Notice Only** |

Sheet no. ____**6**____ of ____**9**____ continuation sheets attached to                                   Subtotal >    **$6,865.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winston D. Snell**                                        Case No. _____
        **Jennifer L. Snell**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx-xxxx1/101**<br>**Professional Account Services, Inc.**<br>**7100 Commerce Way, Ste 100**<br>**Brentwood, TN 37027** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - DeTar**<br>REMARKS:<br>**113712271-16111** | | | X | $577.41 |
| **Representing:**<br>**Professional Account Services, Inc.** | | | **Detar Healthcare System**<br>**PO Box 2089**<br>**Victoria, TX 77902-9923** | | | | Notice Only |
| ACCT #:<br>**Redline Recovery Services, LLC**<br>**95 John Mulr Dr.**<br>**Amherst, NY 14228-4800** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:  **xxxxxxx1902**<br>**Regional Employee Assistance Program**<br>**2403 North Laurent**<br>**Victoria,  TX 77901** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | X | $33.73 |
| ACCT #:  **xxx7530**<br>**Synerprise Consulting Service, Inc**<br>**2809 Regal Road, Suite 107**<br>**Plano, TX 75075** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Community Pathology Assoc.**<br>REMARKS: | | | | $44.34 |
| **Representing:**<br>**Synerprise Consulting Service, Inc** | | | **Community Pathology Associates**<br>**PO Box 4677**<br>**Houston, TX 77210-4677** | | | | Notice Only |

Sheet no. ____**7**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$655.48**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Winston D. Snell**                                        Case No. _____
       **Jennifer L. Snell**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Tate & Kirlin Associates**<br>**2810 Southampton Road**<br>**Philadelphia, PA 19154** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x7124**<br>**Texas Institute for Reproductive Medicin**<br>**7400 Fannin St., Ste 850**<br>**Houston, TX 77054** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | X | **$33.21** |
| ACCT #:  **xxx920-2**<br>**Todd, Bremer & Lawson, Inc**<br>**560 South Herlong Avenue**<br>**PO Box 36788**<br>**Rock Hill, SC  29732-0512** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Texas A&M**<br>REMARKS: | | | X | **$45,466.17** |
| **Representing:**<br>**Todd, Bremer & Lawson, Inc** | | | **Texas A&M Univ. Vet Medical**<br>**College Of Veterinary Medicine**<br>**University Drive Bldg. 508**<br>**College Station, TX 77843-4457** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx4687**<br>**Victoria Emergency Assoc.**<br>**PO Box 13915**<br>**Philadelphia, PA 19101-3915** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | X | **$30.71** |
| ACCT #:  **x4372**<br>**Victoria ENT Associates**<br>**117 Mediacal Drive, Suite1**<br>**Victoria, TX 77904** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | X | **$54.96** |

Sheet no. ___8___ of ___9___ continuation sheets attached to          **Subtotal >** | **$45,585.05**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Winston D. Snell**                                  Case No. _____
        **Jennifer L. Snell**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Victoria Family Dentistry** <br> **107 Professional Park Drive** <br> **Victoria, TX 77904** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Services** <br> REMARKS: | | | X | $204.50 |
| ACCT #: **xxxx5294** <br> **Victoria Fire Department** <br> **PO Box 940249** <br> **Houston, TX 77094-7249** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Services** <br> REMARKS: | | | X | $1,500.34 |
| ACCT #: **xxxxxxxxxxxx8721** <br> **Wash Mutual/providian** <br> **Attn: Bankruptcy Dept** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | C | DATE INCURRED: **03/10/2005** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $3,633.00 |
| **Representing:** <br> **Wash Mutual/providian** | | | **Arrow Financial Services** <br> **5996 W Touhy Ave** <br> **Niles, IL 60714** | | | | **Notice Only** |
| **Representing:** <br> **Wash Mutual/providian** | | | **Capital Management Services, Inc.** <br> **726 Exchange Street, Ste. 700** <br> **Buffalo, NY 14210** | | | | **Notice Only** |
| | | | | | | | |

Sheet no. ___**9**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $5,337.84 |
|---|---|---|
|  | Total > | $92,421.61 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Winston D. Snell**                                            Case No. _____
       **Jennifer L. Snell**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Winston D. Snell**                              Case No. _____
      **Jennifer L. Snell**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Winston D. Snell**
       **Jennifer L. Snell**

Case No. _____
                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): step-daughter<br>               son | Age(s): 20<br>10 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Creative Services Director | Jewelry Artist |
| Name of Employer | Saga Communications | Rockamajola |
| How Long Employed | 6.5 years | 1.5 years |
| Address of Employer | 3808 N. Navarro<br>Victoria, TX 77901 | 204 Bristol Ct.<br>Victoria, TX 77904 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,554.87 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $2,554.87 | $0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $22.79 | $0.00 |
| | b. Social Security Tax | $141.74 | $0.00 |
| | c. Medicare | $33.15 | $0.00 |
| | d. Insurance | $268.67 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify)    LTD | $6.50 | $0.00 |
| | h. Other (Specify)    Dependent Life | $1.08 | $0.00 |
| | i. Other (Specify) | $0.00 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $473.93 | $0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $2,080.94 | $0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $1,000.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. | $0.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $1,000.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2,080.94 | $1,000.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $3,080.94 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Winston D. Snell**                                  Case No. _____
         **Jennifer L. Snell**                                            (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $831.00 |
|     a. Are real estate taxes included?        ☐ Yes   ☑ No | |
|     b. Is property insurance included?        ☐ Yes   ☑ No | |
| 2. Utilities:   a. Electricity and heating fuel | $250.00 |
|            b. Water and sewer | $130.00 |
|            c. Telephone | $60.00 |
|            d. Other:   Natural Gas | $60.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $600.00 |
| 5. Clothing | $60.00 |
| 6. Laundry and dry cleaning | $30.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $30.00 |
| 10. Charitable contributions | $30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $66.00 |
|         b. Life | $45.00 |
|         c. Health | |
|         d. Auto | $195.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $280.00 |
| Specify: Property | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto:   TDECU | $519.00 |
|         b. Other:  Nissan Motor Acceptance | $362.00 |
|         c. Other:  Air Conditioner Srvc Contract | $12.95 |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  See attached personal expenses | $387.95 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,** | |
| **    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$4,398.90** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $3,080.94 |
| b. Average monthly expenses from Line 18 above | $4,398.90 |
| c. Monthly net income (a. minus b.) | ($1,317.96) |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Winston D. Snell**                                          CASE NO
         **Jennifer L. Snell**

                                                                       CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Annual License Plate & Inspection | **$36.00** |
| Cable TV | **$89.00** |
| Yard Care | **$50.00** |
| Toiletries, Cleaning Supplies, etc. | **$100.00** |
| Pet Food and Vet | **$100.00** |
| Newspaper Subscription | **$12.95** |
| **Total >** | **$387.95** |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re   **Winston D. Snell**                                          Case No.
        **Jennifer L. Snell**

                                                                     Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $152,660.00 | | |
| B - Personal Property | Yes | 8 | $42,699.41 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $160,783.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $92,421.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $3,080.94 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $4,398.90 |
| | TOTAL | 32 | $195,359.41 | $253,204.61 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

In re  **Winston D. Snell**                                          Case No.
      **Jennifer L. Snell**

                                        Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$3,080.94** |
| Average Expenses (from Schedule J, Line 18) | **$4,398.90** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$3,637.53** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$11,120.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$92,421.61** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$103,541.61** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Winston D. Snell**                                    Case No. _____
       **Jennifer L. Snell**                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**34**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **10/12/2010**_____        Signature  **/s/ Winston D. Snell**_____
                                                    **Winston D. Snell**

Date  **10/12/2010**_____        Signature  **/s/ Jennifer L. Snell**_____
                                                    **Jennifer L. Snell**
                                         [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re:  **Winston D. Snell**                                                      Case No.  _____
       **Jennifer L. Snell**                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $25,842.23 | 2010 YTD - H |
| $8,750.00 | 2010 YTD - W |
| $32,148.00 | 2009 |
| $90,400.00 | 2008 |

---

None
☐

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2010 YTD |
| $7,164.00 | 2009 - Child Support |
| $7,164.00 | 2008 - Child Support |

---

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Regular payments as could afford to make including auto and mortgage. | | | |

---

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re:  **Winston D. Snell**                                                                       Case No.  _____
        **Jennifer L. Snell**                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☑  c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Palisades Collection, LLC vs Winston Snell Cause No. CIV115122 | Lawsuit | In The County Court At Law No. 1 Victoria County, TX | pending |

---

None ☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

In re:   **Winston D. Snell**                                                    Case No.   _____
         **Jennifer L. Snell**                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CCCS of South Texas | 4/14/2010 | $35.00 |
| Law Office of Pamela L. Stewart 4635 Southwest Freeway Suite 610 Houston, TX  77027 | 10/07/2010 | $2,800.00 + FF + Credit Report |

---

None ☑

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None ☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re:   **Winston D. Snell**                                    Case No. _____
         **Jennifer L. Snell**                                                      (if known)


**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 3*

---

None ☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None ☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re:   **Winston D. Snell**                                    Case No.   _____
         **Jennifer L. Snell**                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

#### 18. Nature, location and name of business

None ☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Victoria Connection** | **Direct Mail Coupon Magazine** | **9/2010 - Current** |
| **Rockamajola** | **Jewelry Design** | **2009 - current** |
| **Embroid-Wear Design Studio** | **Embroidery** | **2007 - 2008** |

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

#### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jennifer Snell**<br>**204 Bristol Ct.**<br>**Victoria, TX 77904** | **2007 -Current** |

---

None ☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re:   **Winston D. Snell**                                            Case No.  _____
         **Jennifer L. Snell**                                                            (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 5*

---

None
☑    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**

None
☑    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☐    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Jennifer Snell | sole | 100% |

---

None
☑    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☑    a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

In re:   **Winston D. Snell**                                    Case No. _____
         **Jennifer L. Snell**                                                          (if known)


**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **10/12/2010**                                    Signature    **/s/ Winston D. Snell**
                                                        of Debtor    *Winston D. Snell*

Date  **10/12/2010**                                    Signature    **/s/ Jennifer L. Snell**
                                                        of Joint Debtor   *Jennifer L. Snell*
                                                        (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

IN RE:   **Winston D. Snell**                               CASE NO
           **Jennifer L. Snell**

                                        CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Nissan Motor Acceptanc<br>Po Box 660360<br>Dallas, TX 75266<br>xxxxxxxxxxx0001 | **Describe Property Securing Debt:**<br>2007 Nissan Frontier |

Property will be (check one):
- ☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☒ Claimed as exempt     ☐ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Specialized Loan Servi<br>8742 Lucent Blvd<br>Highlands Ranch, CO 80129<br>xxxxxx9888 | **Describe Property Securing Debt:**<br>House and lot |

Property will be (check one):
- ☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☒ Claimed as exempt     ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

IN RE:   **Winston D. Snell**                                CASE NO
          **Jennifer L. Snell**

                                                  CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>Texas Dow Employees Cu<br>1001 F M 2004<br>Lake Jackson, TX 77566<br>xxxxx8401 | **Describe Property Securing Debt:**<br>2008 Chrysler Pacifica |

Property will be (check one):
   ☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
   ☑ Claimed as exempt     ☐ Not claimed as exempt

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701<br>xxxxxxxxx8223 | **Describe Property Securing Debt:**<br>House and Lot |

Property will be (check one):
   ☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
   ☑ Claimed as exempt     ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

IN RE:   **Winston D. Snell**
        **Jennifer L. Snell**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐      NO  ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **10/12/2010**

Signature   **/s/ Winston D. Snell**
                    *Winston D. Snell*

Date  **10/12/2010**

Signature   **/s/ Jennifer L. Snell**
                    *Jennifer L. Snell*

B 201B (Form 201B)  (12/09)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re  **Winston D. Snell**
     **Jennifer L. Snell**

Case No. _____

Chapter      **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Winston D. Snell** _____

**Jennifer L. Snell** _____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

**X**  **/s/ Winston D. Snell**       **10/12/2010**

    Signature of Debtor          Date

**X**  **/s/ Jennifer L. Snell**       **10/12/2010**

    Signature of Joint Debtor (if any)    Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____**Pamela L. Stewart**_____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Pamela L. Stewart** _____

Pamela L. Stewart, Attorney for Debtor(s)
Bar No.: 19218100
Law Offices of Pamela L. Stewart
4635 Southwest Freeway
Suite 610
Houston Texas  77027
Phone: (713) 622-3893
Fax: (713) 622-7908
E-Mail: PAM@plstewart.com

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 201A (Form 201A)  (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:   Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Winston D. Snell**
       **Jennifer L. Snell**

CASE NO

CHAPTER     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept: | Fixed Fee: | **$2,800.00** |
| Prior to the filing of this statement I have received: | | **$2,800.00** |
| Balance Due: | | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION
    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| **10/12/2010** | **/s/ Pamela L. Stewart** | |
|---|---|---|
| *Date* | *Pamela L. Stewart* | Bar No.  19218100 |
| | Law Offices of Pamela L. Stewart | |
| | 4635 Southwest Freeway | |
| | Suite 610 | |
| | Houston Texas  77027 | |
| | Phone: (713) 622-3893 / Fax: (713) 622-7908 | |

---

| **/s/ Winston D. Snell** | **/s/ Jennifer L. Snell** |
|---|---|
| *Winston D. Snell* | *Jennifer L. Snell* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

IN RE:   **Winston D. Snell**                                    CASE NO
         **Jennifer L. Snell**

                                                                 CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/12/2010                              Signature   /s/ Winston D. Snell
                                                          **Winston D. Snell**

Date  10/12/2010                              Signature   /s/ Jennifer L. Snell
                                                          **Jennifer L. Snell**

American Medical Collection Agency
2269 South Saw Mill River Road, BLDG 3
Elmsford, NY  10523


Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


Associated Recovery Systems
A Division of ARS National Services, INC
PO Box 469046
Escondido, CA  92046-9046


Cach Llc
Attention:  Bankruptcy Department
4340 South Monaco St.  2nd Floor
Denver, CO 80237


Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital One Bank
P. O. Box 60599
City of Industry, CA.  91716-0599


CCB Credit Services
5300 S 6th Street
Springfield, IL 62703-5184


Chase
Card Member Service
PO Box 15298
Wilmington, DE 19850-528


Chase
Attn: Bankruptcy Dept
PO Box 15298
Wilmington, DE 19850

Citibank Usa
Attn.: Centralized  Bankruptcy
PO Box 20363
Kansas City, MO 64195


Citizens Medical Center
Payment Processing Center
PO Box 2024
Victoria, TX.  77902-2024


Clinical Pathology Laboratories, Inc.
PO Box 141669
Austin, TX 78714-1669


Community Pathology Associates
PO Box 4677
Houston, TX 77210-4677


Consumer Adjustment Co
12855 Tesson Ferry Rd
Saint Louis, MO 63128


Dell Financial Services
Attn: Bankruptcy Dept.
PO Box 81577
Austin, TX 78708


Detar Healthcare System
PO Box 2089
Victoria, TX 77902-9923


Enhanced Recovery Corp.
PO Box 1967
Southgate, MI 48195-0967


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438-5908

```
Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


FMA Alliance, Ltd.
11811 North Freeway # 900
Houston, TX   77060


GE Money Bank
PO Box 981438
El Paso, Texas 79998-1438


Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Houston Funding II, LTD
2620 Fountainview #305
Houston, TX 77057


HSBC
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197


Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197


HSBC Card Services (Orchard Bank)
PO Box 80084
Salinas, CA  93912-0084


I. C. System
444 Highway 96 East Box 64887
St.Paul, MN  55164-0887
```

JC Christensen
PO Box 519
Bank Rapids, MN  56379


Lab Corp
PO Box 2240
Burlington, NC  27216-2240


Law Office of Joe Pezzuto, LLC
6636 Cedar Avenue South, suite 330
Minneapolis, MN  55423


Law Offices of Regent & Associates
2650 Fountain View Dr. , Suite 233
Houston, TX 77057


Lowe's
PO Box 981064
El Paso, Texas 79998-1064


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Midland Credit Management
PO Box 939019
San Diego, CA 92193


NCO Financial Systems INC
P.O. Box 15894
Willimington, DE. 19850


Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266

Northland Group Inc.
P.O. Box 390846
Edina, MN 55439


Palisad Coll
Attention:  Banktruptcy Department
PO Box 1244
Englewood Cliffs, NJ 07632


Portfolio Rc
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541


Prestige Alliance LLC


Professional Account Services, Inc.
7100 Commerce Way, Ste 100
Brentwood, TN 37027


Redline Recovery Services, LLC
95 John Mulr Dr.
Amherst, NY 14228-4800


Regional Employee Assistance Program
2403 North Laurent
Victoria,  TX 77901


Specialized Loan Servi
8742 Lucent Blvd
Highlands Ranch, CO 80129


Synerprise Consulting Service, Inc
2809 Regal Road, Suite 107
Plano, TX 75075

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154


Texas A&M Univ. Vet Medical
College Of Veterinary Medicine
University Drive Bldg. 508
College Station, TX 77843-4457


Texas Dow Employees Cu
1001 F M 2004
Lake Jackson, TX 77566


Texas Institute for Reproductive Medicin
7400 Fannin St., Ste 850
Houston, TX 77054


The Bourassa Law Group, LLC
PO Box 28039
Las Vegas, NV 89126


Todd, Bremer & Lawson, Inc
560 South Herlong Avenue
PO Box 36788
Rock Hill, SC  29732-0512


Victoria Emergency Assoc.
PO Box 13915
Philadelphia, PA 19101-3915


Victoria ENT Associates
117 Mediacal Drive, Suite1
Victoria, TX 77904


Victoria Family Dentistry
107 Professional Park Drive
Victoria, TX 77904

Victoria Fire Department
PO Box 940249
Houston, TX 77094-7249


Wash Mutual/providian
Attn: Bankruptcy Dept
PO Box 15298
Wilmington, DE 19850


Wells Fargo Bank, N.A.
P O BOX 63491
San Francisco, CA  94163


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701